Exhibit A

2/4/19

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

# SUPERIOR COURT

## SUMMONS

| | Civil Action File Number<br>PC-2019-0162 |
|---|---|
| **Plaintiff**<br>Mayra Martinez Vargas<br><br>v.<br><br>**Defendant**<br>David Riccio | **Attorney for the Plaintiff or the Plaintiff**<br>Thomas A Madden |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>129 DORRANCE STREET<br>PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

### TO THE DEFENDANT, United States Government:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 1/9/2019. | /s/ Henry Kinch<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

US ATTORNEY'S OFFICE-RI
4 FEB 2019 PM 2:11

A True Copy Attest
Paula A. Roselia-Esposito
Constable 6170  6040

2-4-19

SC-CMS-1 (revised July 2014)



STATE OF RHODE ISLAND AND ____ PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
| Mayra Martinez Vargas | PC-2019-0162 |
| v. | |
| **Defendant** | |
| David Riccio | |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, United States Government, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name  of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE:  _____/_____/_____          SERVICE FEE $_____
               Month    Day    Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20_____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐  proved  to  the  notary  through  satisfactory  evidence  of  identification,  which  was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

                Notary Public: _____
                My commission expires: _____
                Notary identification number: _____

SC-CMS-1 (revised July 2014)

SC-CMS-1 (revised July 2014)

in Providence/Bristol County Superior Court
nitted: 1/9/2019 10:Case 1:19-cv-00097-JJM-PAS    Document 1-1    Filed 02/26/19    Page 6 of 13 PageID #: 10
lope: 1867124
ewer: Lynn G.

2/4/19

STATE OF RHODE ISLAND                                  SUPERIOR COURT
PROVIDENCE, SC.

MAYRA MARTINEZ VARGAS and
LISMARIE MARTINEZ VARGAS

VS.                                                    C. A. No.: PC19-0162

DAVID RICCIO individually and as an and employee
and/or agent of MJJ ENTERPRISE and/or
UNITED STATES GOVERNMENT;
MJJ ENTERPRISE; and
UNITED STATES GOVERNMENT

## COMPLAINT

1. Plaintiff MAYRA VARGAS MARTINEZ is a resident of the City of Central Falls,
   County of Providence, State of Rhode Island.

2. Plaintiff LISMARIE MARTINEZ VARGAS is a resident of the City of Central Falls,
   County of Providence, State of Rhode Island.

3. Upon information and belief, Defendant DAVID RICCIO is a resident of the Town of
   Little Compton, County of Newport, State of Rhode Island.

4. Upon information and belief, Defendant MJJ ENTERPRISE is an entity duly
   authorized to conduct business in the State of Rhode Island.

5. At all times relevant, Defendant DAVID RICCIO was authorized to operate a motor
   vehicle owned by Defendant MJJ ENTERPRISE.

6. On or about January 15, 2016, Plaintiff MAYRA VARGAS MARTINEZ was
   operating a motor vehicle with due care on Pine Street in the City of Central Falls,
   State of Rhode Island.

7. On or about January 15, 2016, Plaintiff LISMARIE MARTINEZ VARGAS was a
   passenger in a motor vehicle being operated with due care by Plaintiff MAYRA
   MARTINEZ VARGAS on Pine Street in the City of Central Falls, State of Rhode
   Island.

8. On or about January 15, 2016, Defendant DAVID RICCIO was negligently operating a
   motor vehicle owned by and with the consent of Defendant MJJ ENTERPRISE on Pine
   Street in the City of Central Falls, State of Rhode Island and struck Plaintiffs' vehicle.

d in Providence/Bristol County Superior Court
omitted: 1/9/20 Case 1:19-cv-00097-JJM-PAS   Document 1-1   Filed 02/26/19   Page 7 of 13 PageID #: 11
elope: 1867124
iewer: Lynn G.

## COUNT I

9. Plaintiffs hereby incorporate by reference Paragraphs 1-8 as though set forth fully herein.

10. Upon information and belief and at all times relevant, Defendant DAVID RICCO was operating the aforementioned motor vehicle outside of the scope of his employment with MJJ ENTERPRISE and/or UNITED STATES GOVERNMENT.

11. As such, Defendant DAVID RICCO is individually and personally liable for his aforementioned negligent operation of the aforementioned motor vehicle.

**WHEREFORE,** Plaintiffs demand judgment against Defendants in a sum sufficient to give this Court jurisdiction, plus interest and costs.

## COUNT II

12. Plaintiffs hereby incorporate by reference Paragraphs 1-8 as though set forth fully herein.

13. Upon information and belief and at all times relevant, Defendant DAVID RICCO was operating the aforementioned motor vehicle with the consent of vehicle owner Defendant MJJ ENTERPRISE.

14. As such, Defendant MJJ ENTERPRISE is liable for Defendant DAVID RICCO's aforementioned negligent operation of said motor vehicle.

**WHEREFORE,** Plaintiffs demand judgment against Defendants in a sum sufficient to invoke the jurisdiction of this Court, plus interest and costs.

## COUNT III

15. Plaintiffs hereby incorporate by reference Paragraphs 1-8 as though set forth fully herein.

16. Upon information and belief and at all times relevant, Defendant DAVID RICCO was operating the aforementioned motor vehicle within the scope of his employment with Defendant MJJ ENTERPRISE and/or Defendant UNITED STATES GOVERNMENT.

17. As such, Defendant MJJ ENTERPRISE and/or Defendant UNITED STATES GOVERNMENT are liable for Defendant DAVID RICCO's aforementioned negligent operation of said motor vehicle.

**WHEREFORE,** Plaintiffs demand judgment against Defendants in a sum sufficient to invoke the jurisdiction of this Court, plus interest and costs.

d in Providence/Bristol County Superior Court
omitted: 1/9/2019 Case 1:19-cv-00097-JJM-PAS   Document 1-1   Filed 02/26/19   Page 8 of 13 PageID #: 12
elope: 1867124
iewer: Lynn G.

## COUNT IV

18. Plaintiffs hereby incorporate by reference the preceding Paragraphs as though set forth fully herein.

19. Defendants, pursuant to R.I.G.L. §9-1-49, have a duty to provide Plaintiffs with the correct corporate name(s) and registered agent(s) of any and all individuals or entities that are proper parties to this action, within twenty days of service of the within Complaint.

**WHEREFORE**, Plaintiffs demand judgment against Defendants in a sum sufficient to invoke the jurisdiction of this Court, plus interest and costs.

<div style="margin-left:40%">

Plaintiffs,
By Their Attorney,

/s/ Thomas A. Madden
Thomas A. Madden #7880
Orabona Law Offices, P.C.
129 Dorrance Street
Providence, RI 02903
Tel. (401) 272-0800
Fax. (401) 272-0799
tmadden@orabonalaw.com

</div>

See this notice in Cambodian, Spanish, and Portuguese on the attached pages. Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas. Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1.   Call the Office of Court Interpreters at (401) 222-8710, or

2.   Send an email message to interpreterfeedback@courts.ri.gov, or

3.   Visit the interpreters' office to schedule an interpreter:

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor, Room 401
> 250 Benefit Street
> Providence, RI 02903

When requesting an interpreter, please provide the following information:

> The name and number of your case
> The language you are requesting
> The date and time of your hearing
> The location of your hearing
> Your name and a telephone number where we can reach you or your lawyer

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the Internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex Fourth
Floor Room 401
250 Benefit Street
Providence, RI 02903

9/15

មើលសេចក្តីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្បាញ និងព័រទុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

## សេចក្តីជូនដំណឹង

## លោកអ្នកមានបណ្តឹងនៅក្នុងប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

## លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។

ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងផ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្តល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬនរណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងសំខាន់នៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្តល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃបណ្តឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។

ដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710 ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ interpreterfeedback@courts.ri.gov ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែ ៖

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor, Room 401
250 Benefit Street
Providence, RI 02903

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្តល់នូវព័ត៌មានដូចខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្តឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័រទុយហ្គាល់ រុស្ស៊ី និងអេស្បាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្បាញនោះ សូមចូលទៅកាន់គេហទំព័រយើងខ្ញុំនៅលើអ៊ីនធឺណិត ៖

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

ដើម្បីស្នើសុំការបកប្រែសេចក្តីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ (401) 222-8710។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្តេជ្ញាធ្វើឲ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

See this notice in Cambodian, Spanish. and Portuguese on the attached pages.
**Camboyano:** SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español:** Véase esta notificación en camboyano. español y portugués en las páginas adjuntas.
**Português:** Leia esta notificação em cambojano. espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal. a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu. autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos. sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:

1.   Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou

2.   Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou

3.   Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

> Gabinete de Intérpretes Judiciais
> Complexo Judicial Licht
> Quarto Piso, Sala 401
> 250 Benefit Street
> Providence, RI 02903

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

---

Para obter mais informações em português. russo e espanhol. incluindo uma lista dos formulários judiciais disponíveis em espanhol. visite o nosso website na internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

Para solicitar uma tradução desta notificação para qualquer outro idioma. telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

> Gabinete de Intérpretes Judiciais
> Complexo Judicial Licht
> Quarto Piso. Sala 401
> 250 Benefit Street
> Providence. RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Portugués: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva  2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte.  Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.

Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;

2. Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

> The Office of Court Interpreters
> Licht Judicial Complex
> Cuarto Piso, Oficina 401 A-B
> 250 Benefit Street
> Providence, RI 02903

Al solicitar un intérprete, por favor provea la siguiente información:

o   El nombre y el número de su caso

o   El idioma que solicita

o   La fecha y hora de su audiencia

o   Dónde va a tomar lugar su audiencia

o   Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.

---

Para obtener más información en portugués, ruso o  español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas  mejor acceso a los tribunales.

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor Room 401
> 250 Benefit Street
> Providence, RI 02903

9/15